**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL- \_\_\_\_ - In re PowerSchool Data Breach**

### Exhibit A- Second Amended Schedule of Actions

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>J.I., A.J., and O.S. by and Through her Next Friend M.S.<br>**Defendants:**<br>PowerSchool | W.D. Missouri | 2:25-cv-4006 | Willie J. Epps, Jr |
| **Plaintiff:**<br>Alyssa Krutsinger<br>**Defendants:**<br>PowerSchool Holdings, Inc. & PowerSchool Group LLC | W.D. Missouri | 4:25-cv-00057 | David Gregory Kays |
| **Plaintiff:**<br>J.B. & M.B.<br>*minors, by and through their legal guardian Patrick Bowler, Individually and on behalf of all others similarly situated*<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. New York | 2:25-cv-00327 | James M. Wicks |
| **Plaintiff:**<br>Sheilah Buack-Shelton & S.S. (minor)<br>**Defendants:**<br>PowerSchool Holdings, Inc | E.D. California | 2:25-cv-00093 | John A. Mendez |
| **Plaintiff:**<br>Tyler Baker<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. & PowerSchool Group LLC | E.D. California | 2:25-cv-00096 | Chi Soo Kim |
| **Plaintiff:**<br>Kimberly Kinney<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00098 | Dena M. Coggins |
| **Plaintiff:** | E.D. | 2:25-cv-00110 | Sean C. Riordan |

| Krystal Vargha<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc | California | | |
|---|---|---|---|
| **Plaintiff:**<br>F. C. (minor)<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>Powerschool Group LLC & PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00136 | Sean C. Riordan |
| **Plaintiff:**<br>Laura Giles<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00139 | Carolyn K. Delaney |
| **Plaintiff:**<br>Jill Strelzin on behalf of Minors J.S. & R.S.<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Group, LLC & PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00140 | Dena M. Coggins |
| **Plaintiff:**<br>A.A. Minor by and through Samuel Adams<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. & PowerSchool Group, LLC | E.D. California | 2:25-cv-00141 | Chi Soo Kim |
| **Plaintiff:**<br>E. H. (Minor) *by parent and guardian Elizabeth Spence*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00152 | Dena M. Coggins |
| **Plaintiff:** | E.D. California | 2:25-cv-00159 | Dale A. Drozd |

| | | | |
|---|---|---|---|
| Robert Pettinger *on behalf of his minor child, B.P.* Kylie Stowe *on behalf of her minor child, Z.S.* **Movant:** Sheilah Buack-Shelton & S.S. **Defendants:** PowerSchool Group LLC & PowerSchool Holdings, Inc. | | | |
| **Plaintiff:** Valerie Martinez-Turnbow *on behalf of herself and as parent and guardian of her minor child, John Doe* **Movant:** Sheilah Buack-Shelton & S.S. **Defendants:** PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00165 | Dena M. Coggins |
| **Plaintiff:** Wendolyn Crockran *on behalf of herself and as parent and guardian of her minor child, John Doe* **Movant:** Sheilah Buack-Shelton & S.S. **Defendants:** PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00171 | Jeremy D. Peterson |
| **Plaintiff:** Ratib Habbal & Rushda Afzal **Movant:** Sheilah Buack-Shelton & S.S. **Defendants:** PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00173 | Sean C. Riordan |
| **Plaintiff:** Torrie Mayfeild *on behalf of her minor child, A.M.* **Movant:** Sheilah Buack-Shelton & S.S. **Defendants:** PowerSchool Group, LLC & PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00203 | Dena M. Coggins |
| **Plaintiff:** Gillian Arede *on behalf of herself and as parent and guardian of her minor child, M.B.* **Movant:** | E.D. California | 2:25-cv-00204 | John A. Mendez |

| | | | |
|---|---|---|---|
| Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | | | |
| **Plaintiff:**<br>Michael White *on behalf of himself and as parent and guardian of his minor children*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00207 | Dale A. Drozd |
| **Plaintiff:**<br>Scott Greci, David Brownlee, A.B. *a minor child, and L.G. a minor child*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00208 | Carolyn K. Delaney |
| **Plaintiff:**<br>Michelle La Count, Ty Maciejewski, E.R.M. *a minor, R.E.M. a minor*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00209 | Allison Claire |
| **Plaintiff:**<br>Tristan Keigley<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Group LLC & PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00210 | William B. Shubb |
| **Plaintiff:**<br>Denise Champney *on behalf of herself and as parent and guardian of her two minor children & Nicole Drennen on behalf of herself and as parent and guardian of her two minor children*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00211 | Sean C. Riordan |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Jonna Schwartz<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00230 | Dena M. Coggins |
| **Plaintiff:**<br>Nicole Flick & M.C. *a minor*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. & Bain Capital, L.P. | E.D. California | 2:25-cv-00232 | Chi Soo Kim |
| **Plaintiff:**<br>Shandrelle Okoni *individually and on behalf of A. H-M. 1, L.M., and A. H-M 2, minors*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Group, LLC & PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00231 | Daniel J. Calabretta |
| **Plaintiff:**<br>Jaclyn Brooke Faircloth *as guardian ad litem of H.F. and on behalf of all others similarly situated*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Group, LLC & PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00252 | Daniel J. Calabretta |
| **Plaintiff:**<br>Dale Griffin<br>*individually and on behalf of his minor child, Z.G.*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Group, LLC | E.D. California | 2:25-cv-00206 | Carolyn K. Delaney |
| **Plaintiff:**<br>Nickolaus Campbell<br>**Defendants:** | E.D. California | 2:25-cv-00310 | Daniel J. Calabretta |

5

| | | | |
|---|---|---|---|
| PowerSchool Holdings, Inc. & PowerSchool Group, LLC | | | |
| **Plaintiff:**<br>Evan Gramelspacher<br>**Defendants:**<br>PowerSchool Holdings, Inc. & PowerSchool Group, LLC | E.D. California | 2:25-cv-00271 | Allison Claire |
| **Plaintiff:**<br>Towfeq Zarif<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. & PowerSchool Group, LLC | E.D. California | 2:25-cv-00259 | Jeremy D. Peterson |
| **Plaintiff:**<br>Richard Brown, B.E.B. *minor, J.B.B. minor, Julie Johnson*<br>**Movant:**<br>Sheilah Buack-Shelton & S.S.<br>**Defendants:**<br>PowerSchool Holdings, Inc. | E.D. California | 2:25-cv-00256 | Jeremy D. Peterson |