BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | In Re: PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation | MDL DOCKET NO. 3149 |

## SCHEDULE OF ACTIONS

| | Plaintiff(s) | Court | Civil Action No. | Defendants Represented |
|---|---|---|---|---|
| 1 | Sheilah Buack-Shelton, and S.S., individually and on behalf of a class of similarly situated individuals | U.S. District Court for the Eastern District of California | 2:25-cv-00093 | PowerSchool Holdings, Inc. |
| 2 | Tyler Baker, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00096 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 3 | Kimberly Kinney, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00098 | PowerSchool Holdings, Inc. |
| 4 | Krystal Vargha, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00110 | PowerSchool Holdings, Inc. D/B/A PowerSchool |
| 5 | Laura Giles, on behalf of herself and as parent and guardian of her minor child, Jane Doe, and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00139 | PowerSchool Holdings, Inc. |
| 6 | Jill Strelzin, on behalf of J.S., a minor, and R.S., a minor, and all | U.S. District Court for the | 2:25-cv-00140 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |

| | | | | |
|---|---|---|---|---|
| | others similarly situated | Eastern District of California | | |
| 7 | A.A., a minor, by and through her guardian ad litem, Samuel Adams, individually and on behalf all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00141 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 8 | F.C. a minor, by and through their guardian, Amy Coutu, on behalf of themselves and all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00136 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 9 | E.H., individually and on behalf of all others similarly situated, by her parent and guardian Elizabeth Spence | U.S. District Court for the Eastern District of California | 2:25-cv-00152 | PowerSchool Holdings, Inc. |
| 10 | Robert Pettinger, on behalf of his minor child B.P., and Kylie Stowe, on behalf of her minor child Z.S., and all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00159 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 11 | Valerie Martinez-Turnbow, individually and as a parent and guardian of her minor child, and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00165 | PowerSchool Holdings, Inc. |
| 12 | Gwendolyn Crockran, on behalf of herself and as parent and guardian of her minor child, John Doe, and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00171 | PowerSchool Holdings, Inc. |
| 13 | Plaintiffs Ratib Habbal and Rushda Afzal, individually and on | U.S. District Court for the | 2:25-cv-00173 | PowerSchool Holdings, Inc. |

| | | | | |
|---|---|---|---|---|
| | behalf of all others similarly situated | Eastern District of California | | |
| 14 | Dale Griffin, individually and on behalf of his minor child, Z.G., and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00206 | PowerSchool Group, LLC |
| 15 | Plaintiff Gillian Arede, individually and as a parent and guardian of her minor child M.B., and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00204 | PowerSchool Holdings, Inc. |
| 16 | Torrie Mayfeild, on behalf of her minor child, A.M., and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00203 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 17 | Michael White, on behalf of himself and as parent and guardian of his minor children, Jane Doe and Mary Doe, and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00207 | PowerSchool Holdings, Inc. |
| 18 | Scott Greci, L.G., David Brownlee and A.B., individually and on behalf of classes of similarly situated individuals | U.S. District Court for the Eastern District of California | 2:25-cv-00208 | PowerSchool Holdings, Inc. |
| 19 | J.I., A.J., and O.S., by and through her Next Friend M.S., individually and on behalf of all others similarly situated | U.S. District Court for the Western District of Missouri | 2:25-cv-04006 | PowerSchool Group LLC |
| 20 | Denise Champney, on behalf of herself, and Nicole Drennen, on behalf of herself and as | U.S. District Court for the | 2:25-cv-00211 | PowerSchool Holdings, Inc. |

|  | | | | |
|---|---|---|---|---|
|  | parent and guardian of her two minor children, John Doe and Jane Doe, and on behalf of all others similarly situated | Eastern District of California | | |
| 21 | Tristan Keigley, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00210 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 22 | Michelle La Count, Ty Maciejewski, E.R.M., and R.E.M., individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00209 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 23 | Jonna Schwartz, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00230 | PowerSchool Holdings, Inc. |
| 24 | Nicole Flick, for herself and as parent and natural guardian of M.C., a minor, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00232 | PowerSchool Holdings, Inc. |
| 25 | Shandrelle Okoni, individually, and on behalf of A. H-M. 1, L. M., and A. H-M 2, minors, and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00231 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 26 | Plaintiffs J.B. and M.B., minors, by and through their legal guardian, Patrick Bowler, on behalf of themselves and all others similarly situated | U.S. District Court for the Eastern District of New York | 2:25-cv-00327 | PowerSchool Holdings, Inc. |

| | | | | |
|---|---|---|---|---|
| 27 | Jaclyn Brooke Faircloth as guardian ad litem of H.F., individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00252 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 28 | Towfeq Zarif, individually, and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00259 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 29 | Richard Brown, B.E.B., J.B.B., and Julie Johnson, individually and on behalf of a class of similarly situated individuals | U.S. District Court for the Eastern District of California | 2:25-cv-00256 | PowerSchool Holdings, Inc. |
| 30 | Evan Gramelspacher, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00271 | PowerSchool Holdings, Inc. |
| 31 | Nickolaus Campbell, individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00310 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 32 | Alyssa Krutsinger, individually and on behalf of all others similarly situated | U.S. District Court for the Western District of Missouri | 4:25-cv-00057 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 33 | Samariah Lockhart, individually and as a parent and guardian of her minor child, P.M., Justine Shamey, individually and as a parent and guardian of her minor child, A.B., Kristin Eckart, individually and as a parent and guardian of her minor children, J.E. and T.E., and Cara Lewis, individually and as a parent and guardian of her minor | U.S. District Court for the Eastern District of California | 2:25-cv-00393 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |

| | | | | |
|---|---|---|---|---|
| | children, M.L. and A.L., and on behalf of all others similarly situated | | | |
| 34 | Kristen Warren, Christopher Neal, and C.N., individually and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00427 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 35 | Alysha Noble, on behalf of herself and as parent and guardian of her minor child, R.J.S., and on behalf of all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00485 | PowerSchool Holdings, Inc. PowerSchool Group LLC |
| 36 | Christina Spicuzza, E.S., and C.S., individually and on behalf of all others similarly situated | U.S. District Court for the Northern District of California | 3:25-cv-01353 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |
| 37 | Daniel Behar Calzado, on behalf of himself; Kimberly Wirtes, on behalf of herself and A.W. and T.W., her minor children; and all others similarly situated | U.S. District Court for the Eastern District of California | 2:25-cv-00498 | PowerSchool Holdings, Inc. PowerSchool Group, LLC |