BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation | MDL DOCKET NO. 3149 |

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on, February 13, 2025, a copy of the foregoing Notice of Appearance was served upon counsel of record in this case via electronic filing using the JPML CM/ECF System.

A copy of the forgoing Notice of Appearance was served via First Class Mail on February 13, 2025, to the following addresses:

**BAIN CAPITAL, L.P.**
200 Clarendon Street
Boston, MA 02116

Dated: February 13, 2025

Respectfully submitted,

/s/ *Anne Johnson Palmer*
ROPES & GRAY LLP
Anne Johnson Palmer
Three Embarcadero Center
San Francisco, CA 94111
(415) 315-6300
(415) 315-6350 (Facsimile)
anne.johnsonpalmer@ropesgray.com

*Attorney for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC.*