BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3149 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(d), Plaintiff Ashley Wright, individually and as a parent and guardian of her minor child, A.B., writes to notify the Panel of the following related class action: *Wright v. PowerSchool Holdings, Inc., et al.*, Case No. 3:25-cv-01543 (N.D. Cal.). Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings. The docket sheet and complaint are attached as Exhibit A.

Dated: February 19, 2025

Respectfully submitted,

*/s/ Anne K. Davis*
Anne K. Davis
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
adavis@bfalaw.com

*Counsel for Plaintiff Ashley Wright*