BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3149 |

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 19, 2025, I electronically filed the Notice of Appearance (D.E. 66) using the Court's CM/ECF system, which shall constitute service upon all counsel of record in this action. I further caused true and correct copies of the above filing to be served via First Class Mail on the following parties this 20th day of February 2025:

PowerSchool Group LLC
150 Parkshore Drive
Folsom, CA 95630

PowerSchool Group LLC
c/o United Corporate Services, Inc.
608 University Avenue
Sacramento, CA 95825

PowerSchool Holdings, Inc.
150 Parkshore Drive
Folsom, CA 95630

PowerSchool Holdings, Inc.
c/o United Corporate Services, Inc.
608 University Avenue
Sacramento, CA 95825

Dated: February 20, 2025 /s/ Robert Neary

**KOZYAK TROPIN & THROCKMORTON, LLP**
Robert Neary
(Fla. Bar No. 81712, *Pro Hac Vice Forthcoming*)
Benjamin J. Widlanski
(Fla. Bar No. 1010644, *Pro Hac Vice Forthcoming*)
Gail A. McQuilkin
(Fla. Bar No. 969338, *Pro Hac Vice Forthcoming*)
Daniel Herrera
(Fla. Bar No. 1048643, *Pro Hac Vice Forthcoming*)
2525 Ponce de Leon Blvd., Floor 9
Coral Gables, FL 33134
Tel (305) 372-1800
rn@kttlaw.com
bwidlanski@kttlaw.com
gam@kttlaw.com
dherrera@kttlaw.com

*Attorneys for Plaintiffs*
(*E.D. Cal.,* Case No. 2:25-cv-00517-AC)