BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) )   MDL NO. 3149 |

**PLAINTIFF ALYSHA NOBLE'S INTERESTED PARTY RESPONSE IN SUPPORT OF CENTRALIZATION IN THE NORTHERN DISTRICT OF CALIFORNIA OR, IN THE ALTERNATIVE, IN THE WESTERN DISTRICT OF MISSOURI**

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), Rule 6.2(e), Alysha Noble, Plaintiff in the case styled *Noble v. PowerSchool Holdings, Inc.*, Case No. 2:25-cv-00485-JAM-CKD, filed in the United States District Court for the Eastern District of California, submits this response in support of centralization of cases filed regarding this data breach class action and respectfully requests that the Panel transfer these cases to the Northern District of California or, in the alternative, to the Western District of Missouri.

For the reasons set forth in the Brief in Support of Centralization in the Eastern District or Northern District of California, ECF No. 87 ("California Centralization Brief"), Plaintiff Noble supports transfer and centralization of the Related Actions[1] in the Northern District of California. The Related Actions all involve one or more common questions of fact relating to the same data breach against Defendants PowerSchool Holdings, Inc. and PowerSchool Group LLC ("PowerSchool"), in which cybercriminals breached PowerSchool's systems and exfiltrated the personally identifiable information and/or protected health information of millions of students, their parents, and faculty throughout the country. As such, transfer and consolidation would promote the just and efficient conduct of such actions, preventing duplication of discovery,

---

[1] *See* California Centralization Brief Appendix A, ECF No. 87 at 16-19.

1

eliminating the possibility of conflicting pretrial rulings, and conserving judicial resources.

Furthermore, the United States District Court for the Northern District of California is the most appropriate forum for coordination or consolidation of the Related Actions. Although the Eastern District of California would otherwise be the most natural jurisdiction for this matter, insofar as the primary defendants in these cases reside in the Eastern District of California, and the majority of cases filed to date are pending there, on account of the busy dockets and heavy caseloads of judges in the Eastern District of California,[2] Plaintiff Noble respectfully suggests that the most appropriate venue is the neighboring Northern District of California, where the Honorable William H. Orrick presides over the related PowerSchool cases in that district.

In the alternative, for the reasons set forth in the Motion to Transfer and Consolidate for Coordinated Pretrial Proceedings Under 28 U.S.C. § 1407, ECF No. 1, Plaintiff Noble also supports centralization and transfer of the Related Actions in the Western District of Missouri. The Western District of Missouri is a suitable forum because it has the necessary capacity and judicial resources to efficiently manage a large MDL, and it has extensive experience overseeing complex civil litigation, including data breach MDLs. The Western District of Missouri also provides a geographically central and accessible venue for this nationwide litigation.

For the foregoing reasons, pursuant to 28 U.S.C. § 1407, Plaintiff Noble respectfully requests that the JPML centralize and transfer the Related Actions in the United States District Court for the Northern District of California or, in the alternative, in the United States District Court for the Western District of Missouri.

---

[2] *See US Courts Form X-1A*, U.S. District Courts—Weighted and Unweighted Filings per Authorized Judgeship During the 12-Month Period Ending September 30, 2024, https://www.uscourts.gov/sites/default/files/2025-01/jb_x1a_0930.2024.pdf.

Dated: February 20, 2025

                                      Respectfully submitted,

                                      */s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue
Suite 3400
Seattle, WA 98101-3268
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com

*Counsel for Plaintiff Alysha Noble*