BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3149 |

INTERESTED PARTY KIM GREER'S RESPONSE
TO THE MOTION TO TRANSFER AND CONSOLIDATE

Kim Greer[1] ("Respondent") submits this response, pursuant to 28 U.S.C. § 1407 ("Section 1407") and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("Panel Rule 6.2(e)"), in Support of Plaintiffs Kayeleen Campbell's and Nickolaus Campbell's Response (MDL No. 3149, Dkt. No. 86) to the Motion to Transfer and Consolidate for Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407 ("Motion") filed by Plaintiffs J.I., A.J., and O.S. by and through her Next Friend M.S., ("Movants"). MDL No. 3149, Dkt. No. 1-1.

Respondent agrees with Movants and other respondents that this action should be consolidated, pursuant to Section 1407. Common questions of fact and law abound, and consolidation will promote the just and efficient conduct of these actions and serve the goals of judicial economy. Respondent further agrees that transfer is appropriate because transfer will further the convenience of the parties and witnesses.

Respondent Greer believes this action would be better served in the first instance by transfer to the Eastern District of California, an easily accessible travel hub, with no pending MDLs, where the overwhelming majority of complaints have been filed, where Plaintiff N. Campbell filed his complaint, and where Defendant PowerSchool is headquartered. Should the

---

[1] Plaintiff Kim Greer filed, on February 20, 2025, the following action in the Middle District of North Carolina: *Kim Greer v. PowerSchool Holdings, Inc. and PowerSchool Group LLC*, 1:25-cv-127. Plaintiff's Complaint was randomly assigned to the Honorable Thomas D. Schroeder.

1

Panel determine the Eastern District of California is inappropriate, in the alternative, Respondent requests this action be transferred to the Northern District of Illinois, where Plaintiff K. Campbell filed her complaint, given its centrality and ease of transportation for a nationwide case, or the Middle District of North Carolina where Respondent filed her complaint, given its ease of transportation for a nationwide case near international airports in Charlotte, Raleigh and Greensboro. Finally, if none of the above-noted jurisdictions are considered appropriate, Respondent also supports transfer to the Western District of Missouri.

Accordingly, Respondent respectfully moves this Panel for an Order, pursuant to Section 1407 and Panel Rule 6.2(e), for consolidated pre-trial proceedings in the United States District Court for the Eastern District of California with the Honorable Daniel J. Calabretta. In the alternative, Respondent suggests consolidation in and transfer to the United States District Court for the Northern District of Illinois with the Honorable Jorge L. Alonso, or the Middle District of North Carolina.

Dated: February 25, 2025

Respectfully submitted,

/s/ Amanda V. Boltax
Amanda V. Boltax
Nicholas U. Murphy
James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
Email: mboltax@hausfeld.com
Email: nmurphy@hausfeld.com
Email: jpizzirusso@hausfeld.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004

Tel.: (646) 357-1100
Fax: (212) 202-4322
Email: snathan@hausfeld.com

*Counsel for Kim Greer (M.D.N.C., 1:25-cv-0127)*