BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3149 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on February 25, 2025, a copy of the foregoing *Interested Party Kim Greer's Response to the Motion to Transfer and Consolidate* was served upon counsel of record through this Court's CM/ECF system, Email and/or U.S. Mail, as indicated below:

**PowerSchool Group, LLC**
Serve Registered Agent:
United Corporate Services, Inc.
915 Southwest Blvd, Ste. N
Jefferson City, MO 65109
and
150 Parkshore Drive
Folsom, CA 95630

**PowerSchool Holdings, Inc.**
Serve Registered Agent:
United Corporate Services, Inc.
915 Southwest Blvd, Ste. N
Jefferson City, MO 65109
and
150 Parkshore Drive
Folsom, CA 95630

Dated: February 25, 2025

Respectfully submitted,

*/s/ Amanda V. Boltax*
Amanda V. Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
Email: mboltax@hausfeld.com

*Counsel for Kim Greer (M.D.N.C., 1:25-cv-0127)*