**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) MDL NO. 3149 |

**PROOF OF SERVICE**

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I certify that on February 27, 2025, I electronically filed the Reply and Memorandum in support of motion for transfer and centralization for related actions to the Western District of Missouri using the Court's CM/ECF system, which shall constitute service upon all counsel of record in this action.

Dated: February 27, 2025

Respectfully submitted,

*/s/ Maureen M. Brady*

Maureen M. Brady     MO #57800
MCSHANE & BRADY, LLC
4006 Central Street
Kansas City, MO 64111
Telephone: (816) 888-8010
E-mail: mbrady@mcshanebradylaw.com
**ATTORNEY FOR PLAINTIFFS J.I., A.J., O.S. by and through her Next Friend M.S. (W.D. Missouri case 2:25-cv-04006)**

1