**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Related Actions from JPML

**Date Received: 3/5/2025**

**JPML has been notified of the attached action(s) for potential inclusion in the proposed MDL.**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL