BEFORE THE UNITED STATES JUDIICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL NO. 3149** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 19, 2025, the foregoing Notice of Presentation was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users.

I further certify that on March 20, 2025, I caused the foregoing to be served via First Class Mail on Defendants:

**PowerSchool Holdings, Inc.**
c/o United Corporate Services, Inc.
608 University Avenue
Sacramento, California 95825

**PowerSchool Group, LLC**
c/o United Corporate Services, Inc.
608 University Avenue
Sacramento, California 95825

Dated: March 20, 2025                  /s/Gabrielle M. Kolb
                                       Daniel E. Gustafson (#202241)
                                       David A. Goodwin (#386715)
                                       Gabrielle M. Kolb (#0504386)
                                       **GUSTAFSON GLUEK PLLC**
                                       120 South Sixth Street, Suite 2600
                                       Minneapolis, MN 55402
                                       Telephone: (612) 333-8844
                                       Fax: (612) 339-6622

*dgustafson@gustafsongluek.com*
*dgoodwin@gustafsongluek.com*
*gkolb@gustafsongluek.com*

Bryan L. Bleichner (MN #0326689)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S., Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Phone: 952-941-4005
*nprosser@hjlawfirm.com*

*Counsel for Plaintiffs John and Amy Hauser*
*DMN 0:25-cv-00665*